**4/27/2015** **COA Case No. 02-14-00124-CR**
**ISBELL, JOHN B.** **Tr. Ct. No. 1290119D** **PD-0469-15**
On this day, this Court has granted the State's motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Wednesday, May 27, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with the Court of Criminal Appeals.

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

**4/27/2015** **COA Case No. 02-14-00124-CR**
**ISBELL, JOHN B.** Tr. Ct. No. 1290119D **PD-0469-15**
On this day, this Court has granted the State's motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Wednesday, May 27, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with the Court of Criminal Appeals.

Abel Acosta, Clerk

BARRY G. JOHNSON
2821 E. LANCASTER
FT WORTH, TX 76103
* DELIVERED VIA E-MAIL *

**4/27/2015**                                                        **COA Case No. 02-14-00124-CR**
**ISBELL, JOHN B.**            **Tr. Ct. No. 1290119D**              **PD-0469-15**
On this day, this Court has granted the State's motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Wednesday, May 27, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with the Court of Criminal Appeals.

Abel Acosta, Clerk

2ND COURT OF APPEALS CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX 76196
* DELIVERED VIA E-MAIL *

**4/27/2015**                                                    **COA Case No. 02-14-00124-CR**
**ISBELL, JOHN B.**          **Tr. Ct. No. 1290119D**          **PD-0469-15**
On this day, this Court has granted the State's motion for an extension of time in which to file the Petition for Discretionary Review.  The time to file the petition has been extended to Wednesday, May 27, 2015.  NO FURTHER EXTENSIONS WILL BE ENTERTAINED.  NOTE:  Petition For Discretionary Review must be filed with the Court of Criminal Appeals.

Abel Acosta, Clerk

C. JAMES GIBSON
ASSISTANT DISTRICT ATTORNEY
401 W. BELKNAP
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *